**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Mar 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAYMOND MATTHEW VANCE<br><br>            Defendants. | CASE NO.  1:21-cr-82 DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 25, 2021 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Two Counts); 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: March 25, 2021            Respectfully submitted,

1
2      PHILLIP A. TALBERT
       Acting United States Attorney
3
            By    /s/ KATHERINE E. SCHUH
4                 KATHERINE E. SCHUH
                  Assistant U.S. Attorney
5
6
7   IT IS SO ORDERED.

8   Dated: March 25, 2021
    ERICA P. GROSJEAN
9   U.S. Magistrate Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motion to Seal Indictment                 2