IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RAYMOND MATTHEW VANCE,<br><br>            Defendant. | CASE NO. 1:21-CR-00082-DAD-BAM<br><br>ORDER UNSEALING INDICTMENT |

The United States having applied to this Court for the indictment and arrest warrant in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants with respect to the defendant now having been executed and the need for sealing having ceased;

IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed.

Dated: March 31, 2021

_____
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

1