HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
RAYMOND VANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND VANCE, <br><br> Defendant. | Case No. 1:21-cr-00082 DAD-BAM <br> 1:18-cr-00161-NONE-SKO <br><br> STIPULATION TO CONTINUE SENTENCING; ORDER <br><br> DATE: March 7, 2022 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for January 24, 2022 at 10:00 a.m., be continued to March 7, 2022, at 10:00 a.m., before the Honorable Dale A. Drozd.

//

The defense requires additional time to conduct investigation relating to sentencing. The parties agree that a sentencing date of March 1, 2022, will allow sufficient time to complete the necessary investigation. Accordingly, a continuance to March 7, 2022 is requested by the parties.

IT IS SO STIPULATED.

Dated: January 13, 2022

*/s/ Jaya Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Counsel for Defendant Raymond Vance

Dated: January 13, 2022

*/s/ Katherine Schuh*
Katherine Schuh
Assistant United States Attorney
Counsel for Plaintiff
United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
RAYMOND VANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND VANCE,<br><br>Defendant. | Case No. 1:21-cr-00082 DAD-BAM<br>          1:18-cr-00161-NONE-SKO<br><br>ORDER |

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for January 24, 2022 at 10:00 a.m. is continued to March 7, 2022, at 10:00 a.m., before the Honorable Dale A Drozd.

IT IS SO ORDERED.

Dated:  **January 14, 2022**                    _Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE

3