| | |
|---|---|
| 1 | HEATHER E. WILLIAMS (SBN 122664) |
| | Federal Defender |
| 2 | JAYA C. GUPTA (SBN 312138) |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorneys for Defendant |
| | RAYMOND VANCE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00082 DAD-BAM |
| --- | --- |
| | 1:18-cr-00161-NONE-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| RAYMOND VANCE, | DATE:  March 7, 2022 |
| | TIME:  10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for March 7, 2022 at 10:00 a.m., be continued to March 28, 2022, at 10:00 a.m., before the Honorable Dale A. Drozd.

//

1    The defense requires additional time to conduct investigation relating to sentencing. The
2    parties agree that a sentencing date of March 28, 2022, will allow sufficient time to complete the
3    necessary investigation. Accordingly, a continuance to March 28, 2022 is requested by the
4    parties.
5    IT IS SO STIPULATED.

Dated:  February 23, 2022
              */s/ Jaya Gupta*
              JAYA C. GUPTA
              Assistant Federal Defender
              Counsel for Defendant Raymond Vance

Dated:  February 23, 2022
              */s/ Katherine Schuh*
              Katherine Schuh
              Assistant United States Attorney
              Counsel for Plaintiff
              United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
RAYMOND VANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. RAYMOND VANCE, Defendant. | Case No. 1:21-cr-00082 DAD-BAM<br>1:18-cr-00161-NONE-SKO<br><br>ORDER |
|---|---|

**ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for March 7, 2022 at 10:00 a.m. is continued to March 28, 2022, at 10:00 a.m., before the Honorable Dale A Drozd.

IT IS SO ORDERED.

Dated: **February 23, 2022**

_____
UNITED STATES DISTRICT JUDGE

3